## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02155-RPM-BNB

BIG O TIRES, INC.

      Plaintiff,

      v.

DAIMLER-CHRYSLER CORPORATION

      Defendant.

_____

## ORDER DISMISSING WITHOUT PREJUDICE
_____

      THE COURT, being duly advised in the premises, hereby orders, adjudges and decrees, the following:

      1.    Big O Tires, Inc. ("Big O") has filed a Notice of Dismissal Without Prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

      2.    Daimler-Chrysler has not answered or otherwise appeared.

      3.    Accordingly, this matter is dismissed without prejudice.

DONE AND SIGNED this 2nd day of February, 2007.

                                                        s/Richard P. Matsch

                                                        _____
                                                        UNITED STATES
                                                        DISTRICT COURT JUDGE